BEFORE THE SECOND DIVISION, AUGUST 6, 1954

**No. 58315.**—Fromson Orban Co., Inc. *v.* United States, protest 191572–K (New York).

Opinion by LAWRENCE, J. At the trial, it was stipulated that the brass-clad steel tubing in question consists of articles containing 4 percent or more of copper by weight and not in chief value thereof. Upon the uncontroverted facts of record, the claim of the plaintiff was sustained.

**No. 58316.**—Herbert B. Moller *v.* United States, protest 197849–K (Tampa).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise are not printing presses and are not designed for use nor principally used in business offices, but rather are designed for use and are principally used in printing establishments, citing Abstract 55564. Upon the uncontroverted facts, the claim of the plaintiff was sustained.

**No. 58317.**—Leslie B. Canion and F. C. Hall & Anderson-Prichard Oil Co. *v.* United States, protest 196585–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of *United States* v. *Winkler-Koch Engineering Co.* (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiffs was sustained.